IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Riverdeep Inc., | NO. C 06-03645 JW |
|       Plaintiff,<br>   v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Performance E-Learning, et al., | |
|       Defendants.<br>_____/ | |

In light of the Clerk's ENTRY OF DEFAULT as to Defendant Performance E-Learning on August 25, 2006 (See Docket Item No. 9), the Court continues the case management conference presently scheduled for October 23, 2006 to **November 27, 2006 at 10 a.m.**

Dated: October 17, 2006

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John V. Komar jkomar@petrieschwartz.com

**Dated: October 17, 2006**                                           **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California