IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Riverdeep Inc., | NO. C 06-03645 JW |
|     Plaintiff, | **SECOND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Performance E-Learning, et al., | |
|     Defendants. | |

    In light of the Clerk's ENTRY OF DEFAULT as to Defendant Performance E-Learning on August 25, 2006 (see Docket Item No. 9), and Plaintiff's representation that it will file a Motion for Default Judgment and notice it for a hearing on January 8, 2007 (see Docket Item No. 12), the Court continues the case management conference presently scheduled for November 27, 2006 to **January 8, 2007 at 10 AM** to coincide with the anticipated motion for default judgment.

    Plaintiff's motion to appear telephonically for the November 27, 2006 conference is denied as moot.

Dated: November 21, 2006

                                              JAMES WARE
                                              United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  John V. Komar jkomar@petrieschwartz.com

3  
4  **Dated:  November 21, 2006**                                   **Richard W. Wieking, Clerk**

5                                                                                           **By:   /s/ JW Chambers          **
6                                                                                                  **Elizabeth Garcia**
                                                                                                   **Courtroom Deputy**