Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Plaintiff
Riverdeep, Inc. a Delaware Limited Liability Company



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP, INC., a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PERFORMANCE E-LEARNING;<br><br>　　　　Defendant. | Case No.:  C06-03645  JW<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT AND CONCURRENT CASE MANAGEMENT CONFERENCE**<br><br>Date: January 8, 2007<br>Time:  9:00 a.m.<br>Dept:  Courtroom 8, 4th Floor |

　　　Pursuant to Civil L.R. 16-10(a), counsel for plaintiff Riverdeep Inc., LLC ("Riverdeep") hereby requests permission to appear by telephone at the hearing on motion for entry of default judgment and the concurrent case management conference, both of which are set for January 8, 2007 at 9:00 a.m.,

　　　The basis for the request is that the counsel will be out of the area on matters related to his practice on January 8, 2007.  Counsel will have access to a land line to participate in the hearing.  The motion for default judgment is uncontested, and counsel will be able to answer any

questions the court may have about the motion or any issues related to case management over the phone.

Dated: January 2, 2007                                          BUSINESS LITIGATION ASSOCIATES

                                                                                                               /s/
                                                                                      John V. Komar
                                                                                 Counsel for Plaintiff

## ORDER

Based on the foregoing, IT IS HEREBY ORDERED THAT counsel for Riverdeep Inc., LLC is permitted to appear by telephone at the hearing on plaintiff's Motion for Entry of Default Judgment and the concurrent case management conference.

_____
United States District Judge

[DENIED stamp — Judge James Ware]