IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Riverdeep Inc., | NO. C 06-03645 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Performance E-Learning, et al., | |
|       Defendant. | |

    Due to Plaintiff's Motion for Default Judgment against Defendant, the Court **vacates** the Case Management Conference presently scheduled for February 5, 2007. The hearing on Plaintiff's unopposed Motion for Default Judgment remains scheduled for **February 5, 2007 at 9 AM**.

Dated: January 31, 2007

                                                                JAMES WARE
                                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irwin Bennet Schwartz ischwartz@business-litigation-associates.com
John V. Komar jkomar@business-litigation-associates.com

| | |
|---|---|
| **Dated:  January 31, 2007** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California