**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        SAN JOSE DIVISION
10   Riverdeep Inc.,                          NO. C 06-03645 JW
11              Plaintiff,              **JUDGMENT**
         v.
12
     Performance E-Learning,
13
                Defendant.
14   _____/
15          Pursuant to the Court's February 8, 2007 Order Granting Plaintiff's Motion for Default
16   Judgment, judgment is entered in favor of Plaintiff Riverdeep Inc. and against Defendant
17   Performance E-Learning.
18          Judgment is entered in favor of Plaintiff in the total amount of $702,623.74.  This amount
19   represents $660,000 in Guaranteed Fees owing, plus $42,623.74 of prejudgment interest.
20          The Clerk shall close this file.
21
22   Dated: February 8, 2007              _____
                                          James Ware
23                                        JAMES WARE
                                          United States District Judge
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Irwin Bennet Schwartz ischwartz@business-litigation-associates.com
John V. Komar jkomar@business-litigation-associates.com

**Dated: February 8, 2007**                     **Richard W. Wieking, Clerk**


                                                **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

United States District Court
For the Northern District of California